UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: Lynda Jean Lafair                                   Chapter: 7
                                                            Case No. 8:14-bk-02436-CPM
            Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM STAY

THIS CAUSE came on for consideration of the Motion for Relief from Stay (the "Motion") (ECF No. 17) filed on April 15, 2014 by Select Portfolio Servicing, Inc. as servicer for HSBC Bank USA, National Association, as Trustee, in trust for the registered holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-NC2, Asset Backed Pass-Through Certificates ("Movant"). The Court having considered said motion and hearing held on June 10, 2014 at 9:30 AM, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated, **effective upon completion of Mediation**, as to Movant and its successors or assign's interest in the property commonly known as 9374 Westlinks Terrace, Seminole, FL 33777 (the "Collateral") and more particularly described as:

> **LOT 23, WESTLINKS, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 93, PAGE 54, PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA**

3. The order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights in may have in the Collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, to offer the Debtor(s) information regarding a potential Forbearance

Agreement, Loan Modification, Refinance Agreement, or other loan workout/ loss mitigation Agreement, and that Movant shall not obtain *in personam* relief against the debtor.

4. Movant made sufficient allegations that the fourteen (14) day stay of the Order granting relief pursuant to Bankruptcy Rule 4001(a)(3) is waived **upon date of effect** so that the Movant can pursue its in rem remedies without further delay.

DONE and ORDERED in Tampa, Florida on _____June 25, 2014_____

_____
CATHERINE PEEK MCEWEN
United States Bankruptcy Judge

Attorney Jourdán D'Arlee Neal is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order

*Debtor*  represented by  Curran K Porto
Lynda Jean Lafair  Curran K Porto, PA
9374 Westlinks Terr  410 S Ware Blvd, Ste 404
Seminole, FL 33777  Tampa, FL 33619
PINELLAS-FL  813-626-0088
727-492-2672  Fax : 813-626-5252
SSN / ITIN: xxx-xx-6927  Email:
  curran@portolegalcenter.com

*Trustee*  *U.S. Trustee*
Stephen L Meininger  United States Trustee -
707 North Franklin Street  TPA7/13, 7
Suite 850  Timberlake Annex, Suite
Tampa, FL 33602  1200
813-301-1025  501 E Polk Street
  Tampa, FL 33602
  813-228-2000